1480 POPHAM CORPORATION, Paintiff, *v.* FORDHAM BUS CORPORATION, Defendant

Supreme Court, Special Term, Bronx County, February 28 1941.

*Irving Cohen*, for the plaintiff.

*Samuel Weiss*, for the defendant.

WASSERVOGEL, J.   It is conceded that plaintiff corporation was dissolved on December 15, 1938, by proclamation of the Governor, pursuant to the provisions of section 203-a of the Tax Law.   The contract on which plaintiff's action is based was entered into on April 17, 1940, at a time when it had ceased to be a legal entity. The amendment to sect'on 203-a of the Tax Law by chap er 82 of the Laws of 1940, perm tting corporations dissolved thereunder to avail themselves of the provisions of section 29 of the General Corporation Law, does not apply to corporations dissolved prior to the date of such amendment   Nor would it avail plaintiff to apply for an annulment of such dissolution, pursuant· to the provisions of subd'vision 7 of section 203-a of the Tax Law  for it is evident that the alleged contractual obligat.on herein does not flow from a contract in existence prior to the forfeiture of the corporate charter.

Motion granted.   Settle order.